FILED
 2006 Oct-19 PM 01:46
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| DENISE MORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-PWG-3426-S |
| | ) |
| PERSONNEL BOARD OF JEFFERSON | ) |
| COUNTY, ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

<u>MEMORANDUM OF OPINION</u>

The magistrate judge filed findings and recommendation on September 28, 2006 recommending that the motion to dismiss be granted and this action dismissed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the defendants' motion to dismiss is due to GRANTED and this action dismissed.  A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 19th day of October, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE